**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTH DAKOTA**
**BISMARCK DIVISION**

**JOSEPH CLARK,**                              Hon._____
General Delivery
117 5th Avenue, S.W.
Minot, North Dakota  58701                 Hon._____

    **PLAINTIFF,**

  **v.**                                 Case no._____

**HERITAGE HOSPITALITY, LLC**
840 17th Street, East
Dickinson, North Dakota  58601

  and                              **COMPLAINT FOR MONETARY,**
                                      **INJUNCTIVE AND**
**HIGHMARK LODGING, LLC**                **DECLARATORY RELIEF**
840 17th Street, East
Dickinson, North Dakota  58601

  and

**DHB PROPERTY, LLC**                    **JURY TRIAL DEMANDED**
493 Elks Drive
Dickinson, North Dakota  58601

  and

**DICKINSON LODGING GROUP, LLC**
103 14th Street, West
Dickinson, North Dakota  58601

  and

**MERLIN HOTEL GROUP, LLC**
532 15th Street, West
Dickinson, North Dakota  58601

**DEFENDANTS.**

## I. Jurisdiction

This honorable court retains jurisdiction to adjudicate this case pursuant to **28 U.S.C. 1331** and **1343.** Jurisdiction is further conferred pursuant to **42 U.S.C. 12181,** the Americans with Disabilities Act.

## II. Venue

Venue is proper in the District of North Dakota, Bismarck Division, because the subject properties are located within this court's territorial jurisdiction.

## III. Complaint

1. Each defendant owns and operates a hotel, which is a place of public accommodation as defined by the Americans with Disabilities Act and the regulations implementing said act. **28 C.F.R. 36.201(a)** and **36.104.**

2. As the owners of places of public accommodation, each defendant has an obligation to comply with the Americans with Disabilities Act.

3. Section 2, Chapter 242 of the Americans with Disabilities Act mandates that swimming pools at places of public accommodation have at least one lift for the swimming pool; two (2) lifts if the swimming pool is 300 linears or more. Said section also requires that each hot tub have at least one lift.

4. While planning a trip with a friend to the Dickinson area, plaintiff called each hotel listed herein looking for an accommodating hotel for this plaintiff. When calling to book a room at each of the hotels listed below, this plaintiff was told by each hotel that each hotel was not in compliance with the Americans with Disabilities Act as described below.

5. The defendant, **Heritage Hospitality, LLC** owns and operates the Astoria Hotel and Event Center located at 363 15th Street, West in Dickinsin. They do not have a lift for the pool or hot tub.

6. The defendant, **Highmark Lodging, LLC** owns and operates the Heritage hotel loacted at 475 15th Street, West in Dickinson. They do not have a lift for the pool or hot tub.

7. The defendant, **PHB Property, LLC** owns and operates the Comfort Inn hotel located at 493 Elks Drive in Dickinson. They do not have a lift for the pool.

8. The defendant, **Dickinson Lodging Group, LLC** owns and operates Holiday

Inn hotel located at 103 14th Street, West in Dickinson.  They do not have a lift for the hot tub or pool.

9.  The defendant, **Merlin Hotel Group, LLC** owns and operates the Roosevelt Grand hotel located at 532 15th Street, West in Dickinson.  They do not have a lift for the pool or the hot tub.

## IV.  Jury Demand

Plaintiff hereby respectfully demands a trial by jury on all issues triable by jury by the maximum allowable number of jurors.

## V.  Relief Requested

**WHEREUPON,** plaintiff respectfully requests the following relief:

**DECLARATORY -** a judgment that declares at the time this case was filed, each hotel listed herein was / is acting in direct violation of the Americans with Disabilities Act as described herein.

**INJUNCTIVE -** a permanent injunction pursuant to 42 U.S.C. 12188(a)(2) and C.F.R. 36.504(a) which orders the subject properties to bring the properties into compliance with the Americans with Disabilities Act by installing permanent pool and hot tub lifts as required by sections 242 and 1009.2 of the 2010 standards which further directs the court shall retain jurisdiction for a period to be determined after the defendants certifies the pools and hot tubs are in full compliance with the Americans with Disabilities Act to ensure the defendants have adopted and are following an institutional policy that will in fact cause the defendants to remain in full compliance with the Americans with Disabilities Act.

**MONETARY -** a reasonable amount of attorneys fees and costs.

**FINES -** this plaintiff respectfully requests this honorable court fine each defendant $75,000.00 for each violation and $150,000.00 for any secondary violations.

**Respectfully submitted,**

**Joseph Clark**
Plaintiff (Pro-se)
General Delivery
117 5th Avenue, S.W.
Minot, North Dakota  58701